# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 4, 2016

Before:	MICHAEL S. KANNE, Circuit Judge
DIANE S. SYKES, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 15-3342 | TIMOTHY VANDER PLAATS,<br>Plaintiff - Appellant<br><br>v.<br><br>MICHAEL BARTHELEMY,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:14-cv-00009-JTM<br>Northern District of Indiana, Hammond Division at Lafayette<br>District Judge James T. Moody ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)