# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

May 4, 2016

Before:  MICHAEL S. KANNE, Circuit Judge
DIANE S. SYKES, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 15-3342 | TIMOTHY VANDER PLAATS, Plaintiff - Appellant  v.  MICHAEL BARTHELEMY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:14-cv-00009-JTM  Northern District of Indiana, Hammond Division at Lafayette  District Judge James T. Moody ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)